1  JAMES J.S. HOLMES (STATE BAR NO. 126779)
   *james.holmes@sedgwicklaw.com*
2  SEDGWICK LLP
   801 South Figueroa Street, 19th Floor
3  Los Angeles, CA  90017-5556
   Telephone:     213.426.6900
4  Facsimile:     213.426.6921

5  BENJAMIN E. SHIFTAN (STATE BAR NO. 265767)
   *benjamin.shiftan@sedgwicklaw.com*
6  SEDGWICK LLP
   333 Bush Street, 30th Floor
7  San Francisco, CA  94104-2834
   Telephone:     415.781.7900
8  Facsimile:     415.781.2635

9  Attorneys for Plaintiff
   PEERLESS INSURANCE COMPANY
10
   DEMIÁN I. OKSENENDLER (STATE BAR NO. 233416)
11 *demian@mannionlowe.com*
   MANNION & LOWE
12 655 Montgomery Streey, Suite #1200
   San Francisco, CA  94111
13 Telephone: 415.733.1500
   Facsimile: 415.733.1054
14
   Attorneys for Defendants
15 CLEER GEAR, LLC and PETER TSOU dba CLEER
   GEAR
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  PEERLESS INSURANCE COMPANY, | Case No. 3:14-cv-00135 MMC |
| 21               Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF DATES; [PROPOSED] ORDER** |
| 22       v. | |
| 23  CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR, | Judge:    Hon. Maxine M. Chesney |
| 24               Defendants. | Courtroom: 7 |

DOCS/18598871v1                                                    3:14-cv-00135 MMC

**JOINT STIPULATION FOR CONTINUANCE OF DATES; [PROPOSED] ORDER**

1  WHEREAS, pursuant to the court's order and pursuant to the parties' stipulations, the
2  above-captioned action currently has the following deadlines in place:
3  - Deadline to confer pursuant to FRCP 26(f): **March 21, 2014**.
4  - Deadline for Cleer Gear to respond to Peerless' complaint: **March 26, 2014**.
5  - Deadline to file stipulated request or motion for order enlarging or shortening time which
6    affects initial case management conference: **March 28, 2014**.
7  - Deadline to make written request to reschedule dates set forth in Judge Chesney's Case
8    Management Conference Order: **April 1, 2014**.
9  - Deadline for Discovery Plan: **April 4, 2014**.
10 - Deadline for Initial Disclosures: **April 4, 2014**.
11 - Deadline to file and serve request for telephonic appearance at case management
12   conference: **April 4, 2014**.
13 - Deadline to file and serve a Joint Case Management Statement: **April 4, 2014**;
14 - Case Management Conference: **April 11, 2014**.
15 WHEREAS, the parties agree that all deadlines identified herein (and any others
16 identified by the Court) should be continued by three weeks in order to allow the parties to
17 continue the settlement negotiations that they have commenced.
18 WHEREAS, the parties hope that these settlement negotiations will result in a dismissal
19 of this action, such that further litigation is not necessary.
20 WHEREAS, the parties have never before asked the court to continue any dates in this
21 action.
22                              **STIPULATION**
23 NOW THEREFORE, it is agreed and stipulated by and between:
24 1.   Plaintiff PEERLESS INSURANCE COMPANY, by and through its counsel of
25 record James J.S. Holmes; and
26 2.   Defendants CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR, by and
27 through their counsel of record, Demián I. Oksenendler, that
28

The following dates previously set by order of the Court be continued and modified in each of the above-captioned actions as follows:

- Deadline to confer pursuant to FRCP 26(f) shall be continued to: **April 11, 2014** or any date thereafter that the Court orders.
- Deadline for Cleer Gear to respond to Peerless' complaint shall be continued to: **April 16, 2014** or any date thereafter that the Court orders.
- Deadline to file stipulated request or motion for order enlarging or shortening time which affects initial case management conference shall be continued to: **April 18, 2014** or any date thereafter that the Court orders.
- Deadline to make written request to reschedule dates set forth in Judge Chesney's Case Management Conference Order shall be continued to: **April 22, 2014** or any date thereafter that the Court orders.
- Deadline for Discovery Plan shall be continued to: **April 25, 2014** or any date thereafter that the Court orders.
- Deadline for Initial Disclosures shall be continued to: **April 25, 2014** or any date thereafter that the Court orders.
- Deadline to file and serve request for telephonic appearance at case management conference shall be continued to: **April 25, 2014** or any date thereafter that the Court orders.
- Deadline to file and serve a Joint Case Management Statement shall be continued to: **April 25, 2014** or any date thereafter that the Court orders;
- Case Management Conference shall be continued to: **May 2, 2014** or any date thereafter that the Court orders; and
- Any other existing dates in the above-referenced matters that are not mentioned herein but identified by the Court shall be continued for 21 days or longer to any date the Court orders.

IT IS SO STIPULATED.

/ / /

| | | |
|---|---|---|
| 1 | DATED:  March 24, 2014 | SEDGWICK LLP |
| 2 | | |
| 3 | | By:   /s/ *James J.S. Holmes* |
| 4 | | James J.S. Holmes<br>Benjamin E. Shiftan |
| 5 | | Attorneys for Plaintiff<br>PEERLESS INSURANCE COMPANY |
| 6 | | |
| 7 | DATED:  March 24, 2014 | MANNION & LOWE |
| 8 | | |
| 9 | | By:   /s/ *Demián I. Oksenendler* |
| 10 | | Demián I. Oksenendler<br>Attorneys for Defendants |
| 11 | | CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR |

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, James J.S. Holmes hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 24, 2014

HONORABLE MAXINE M. CHESNEY
United States District Court Judge