IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>CLEAR GEAR, LLC and PETER TSOU dba CLEAR GEAR,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 14-0135 MMC<br><br>**ORDER VACATING JULY 18, 2014 HEARING ON PLAINTIFF AND COUNTERDEFENDANT'S MOTION TO DISMISS COUNTERCLAIMAINTS' THIRD, FOURTH, AND FIFTH COUNTERCLAIMS FOR RELIEF** |

   Before the Court is plaintiff/counterdefendant's motion, filed June 13, 2014, to dismiss defendants/counterclaimaints' Third, Fourth, and Fifth Counterclaims for Relief. Defendants have filed opposition, to which plaintiff has replied.

   Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 18, 2014.

   **IT IS SO ORDERED.**

Dated: July 11, 2014

_____
MAXINE M. CHESNEY
United States District Judge