1  JAMES J.S. HOLMES (STATE BAR NO. 126779)
   *james.holmes@sedgwicklaw.com*
2  SEDGWICK LLP
   801 South Figueroa Street, 19th Floor
3  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
4  Facsimile:    213.426.6921

5  BENJAMIN E. SHIFTAN (STATE BAR NO. 265767)
   *benjamin.shiftan@sedgwicklaw.com*
6  SEDGWICK LLP
   333 Bush Street, 30th Floor
7  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
8  Facsimile:    415.781.2635

9  Attorneys for Plaintiff and Counterdefendant
   PEERLESS INSURANCE COMPANY
10
   DEMIÁN I. OKSENENDLER (STATE BAR NO. 233416)
11 *demian@mannionlowe.com*
   MANNION & LOWE
12 655 Montgomery Street, Suite #1200
   San Francisco, CA  94111
13 Telephone: 415.733.1500
   Facsimile: 415.733.1054
14
   Attorneys for Defendants and Counterclaimants
15 CLEER GEAR, LLC and PETER TSOU dba CLEER
   GEAR and Counterclaimant PETER TSOU
16

17                   UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

21  PEERLESS INSURANCE COMPANY,          Case No. C 14-00135 MMC

22              Plaintiff,               **JOINT STIPULATION AND [PROPOSED]**
                                         **ORDER FOR CONTINUANCE OF**
23      v.                               **MEDIATION DEADLINE**

24  CLEER GEAR, LLC and PETER TSOU dba
    CLEER GEAR
25
                Defendants.
26

27

28

                                                                C 14-00135 MMC
**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION DEADLINE**

CLEER GEAR, LLC, and PETER TSOU INDIVIDUALLY and dba CLEER GEAR,

Counterclaimants,

v.

PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE, LIBERTY MUTUAL GROUP, IRENE HERMAN, and IRENE HERMAN INSURANCE SERVICES

Counterdefendants.

WHEREAS, on May 2, 2014, the Court ordered the parties to this stipulation – Plaintiff and Counterdefendant Peerless Insurance Company ("Peerless") and Defendants and Counterclaimants Cleer Gear, LLC and Peter Tsou dba Cleer Gear and Counterclaimant Peter Tsou, individually (collectively, "Cleer Gear") to complete mediation within 90 days – i.e., by July 31, 2014. (ECF No. 23.)

WHEREAS, Peerless and Cleer Gear scheduled a mediation for July 15, 2014.

WHEREAS, Defendant and Counterclaimant Peter Tsou has propounded written discovery on Peerless, responses to which – via extension – are not due until August 4, 2014.

WHEREAS, Counterclaimants have not effectuated service on any Counterdefendant other than Peerless.

WHEREAS, Peerless believes mediation would be more fruitful with the participation of all Counterdefendants, and believes that the not-yet-served Counterdefendants will need an adequate amount of time to prepare for such a mediation.

WHEREAS, Cleer Gear believes mediation would be more productive if Peerless' discovery responses are served prior to the mediation.

WHEREAS, Peerless and Cleer Gear now agree to continue the mediation deadline until August 28, 2014.

WHEREAS, Peerless and Clear Gear have arranged with the mediator for a new mediation date of August 28, 2014.

- 1 -   C 14-00135 MMC
**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION DEADLINE**

WHEREAS, the parties are only seeking a continuance of the mediation deadline identified herein, and the requested order continuing the mediation deadline would not require the continuance of any other deadlines.

WHEREAS, by entering into this stipulation, Peerless and Cleer Gear do not waive any claims or defenses.

**STIPULATION**

NOW THEREFORE, it is agreed and stipulated that:

The mediation deadline is extended from July 31, 2014 to August 28, 2014.

**IT IS SO AGREED AND STIPULATED.**

DATED: July 31, 2014           SEDGWICK LLP


By: /s/ *James J.S. Holmes*
  James J.S. Holmes
  Benjamin E. Shiftan
  Attorneys for Plaintiff and Counterdefendant
  PEERLESS INSURANCE COMPANY

DATED: July 31, 2014           MANNION & LOWE


By:  /s/  *Demián I. Oksenendler*
  Demián I. Oksenendler
  Attorneys for Defendants and Counterclaimants
  CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR and Counterclaimant PETER TSOU

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, James J.S. Holmes hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS ORDERED** that:

The mediation deadline is extended from July 31, 2014 to August 28, 2014.


DATED:   August 1      , 2014       _____
                                     United States District Court Judge

- 2 -                                                        C 14-00135 MMC
**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION DEADLINE**