1    JAMES J.S. HOLMES (State Bar No. 126779)
     *james.holmes@sedgwicklaw.com*
2    SEDGWICK LLP
     801 South Figueroa Street, 19th Floor
3    Los Angeles, CA  90017-5556
     Telephone:    213.426.6900
4    Facsimile:    213.426.6921

5    Attorneys for Plaintiff/Counterdefendant
     PEERLESS INSURANCE COMPANY and
6    Counterdefendants GOLDEN EAGLE INSURANCE and
     LIBERTY MUTUAL GROUP

7

8
                         UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR,<br><br>              Defendants. | Case No. C 14-00135 MMC<br><br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN THE SAME FIRM**<br>AND ORDER THEREON |
| CLEER GEAR, LLC, and PETER TSOU INDIVIDUALLY and dba CLEER GEAR,<br><br>              Counterclaimants,<br><br>       v.<br><br>PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE, LIBERTY MUTUAL GROUP, IRENE HERMAN, and IRENE HERMAN INSURANCE SERVICES,<br><br>              Counterdefendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

19462946v1

                                                            C 14-00135 MMC

NOTICE OF CHANGE OF COUNSEL WITHIN THE SAME FIRM

Sedgwick LLP

1    Plaintiff and Counterdefendant PEERLESS INSURANCE COMPANY and

2  Counterdefendants GOLDEN EAGLE INSURANCE and LIBERTY MUTUAL GROUP

3  (collectively "Plaintiff and Counterdefendants") request that Benjamin E. Shiftan be removed

4  from the e-filing service list for this matter.

5    James J.S. Holmes of Sedgwick LLP continues to represent Plaintiff and

6  Counterdefendants.

7    Veena A. Mitchell of Sedgwick LLP will be representing Plaintiff and Counterdefendants

8  in place of Benjamin E. Shiftan.  Veena A. Mitchell's contact information is as follows:

9    Veena A. Mitchell (Bar No. 161153)
     SEDGWICK LLP
10   333 Bush Street, 30th Floor
     San Francisco, CA  94104-2834
11   Telephone:    415-781-7900
     Facsimile:    415-781-2635
12   Email: *veena.mitchell@sedgwicklaw.com*

13    Plaintiff and Counterdefendants request that the Court and the parties remove Benjamin

14  E. Shiftan from their service list and substitute Veena A. Mitchell as one of the attorneys to

15  receive notice of pleadings and orders filed or entered in this case.

16  DATED:  September 3, 2014              SEDGWICK LLP

17

18                                By:  _____\S\ James J.S. Holmes_____
                                       James J.S. Holmes
19                                     Attorneys for Plaintiff/Counterdefendant
                                       PEERLESS INSURANCE COMPANY and
20                                     Counterdefendants GOLDEN EAGLE
                                       INSURANCE and LIBERTY MUTUAL GROUP

21

22

23

24

25

26

27

28
     DATED: September 4, 2014



IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF CHANGE OF COUNSEL

Sedgwick LLP

19462946v1