IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, | No. C 14-0135 MMC |
| Plaintiff, | **ORDER SETTING STATUS/SCHEDULING CONFERENCE** |
| v. | |
| CLEER GEAR, LLC; PETER TSOU dba CLEER GEAR | |
| Defendants. / | |
| AND RELATED COUNTERCLAIMS. / | |

Before the Court is the Request for Scheduling Conference, filed September 4, 2014, by defendants/counterclaimants Cleer Gear, LLC and Peter Tsou dba Cleer Gear ("counterclaimants"), by which filing counterclaimants request the Court set a scheduling conference in light of their having recently accomplished service on several counterdefendants. No opposition has been filed.

Good cause appearing, the motion is hereby GRANTED and the Court hereby SETS a status/scheduling conference for October 10, 2014, at 10:30 a.m. A joint status report shall be filed on or before October 3, 2014.

**IT IS SO ORDERED.**

Dated: September 9, 2014

MAXINE M. CHESNEY
United States District Judge