IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEER GEAR, LLC; PETER TSOU dba<br>CLEER GEAR<br>　　　　Defendants.<br>_____/<br>CLEER GEAR, LLC; PETER TSOU dba<br>CLEER GEAR<br>　　　　Counterclaimants,<br><br>　　v.<br><br>PEERLESS INSURANCE COMPANY,<br>GOLDEN EAGLE INSURANCE,<br>LIBERTY MUTUAL GROUP, IRENE<br>HERMAN, and IRENE HERMAN<br>INSURANCE SERVICES<br>　　　　Counter-defendants<br>_____/ | No. C 14-0135 MMC<br><br>**ORDER DIRECTING COUNTER-DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On September 17, 2014, counter-defendants Irene C. Herman and Irene C. Herman Insurance Services electronically filed a document titled "Answer to First Amended Counterclaim." Counter-defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of

1  each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-
2  1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M.
3  Chesney ¶ 2.
4       Counter-defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7)
5  and the Court's Standing Orders by immediately submitting a chambers copy of the above-
6  referenced document.  Counter-defendants are hereby advised that if they fail in the future
7  to comply with the Court's Standing Orders to provide a chambers copy of each
8  electronically-filed document, the Court may impose sanctions, including, but not limited to,
9  striking from the record any electronically-filed document of which a chambers copy has not
10  been timely provided to the Court.
11       **IT IS SO ORDERED.**
12
13  Dated: September 23, 2014
14                                  MAXINE M. CHESNEY
                                United States District Judge