JAMES J.S. HOLMES (SBN 126779)
james.holmes@sedgwicklaw.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

VEENA A. MITCHELL (SBN 161153)
veena.mitchell@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Plaintiff and Counterdefendant PEERLESS INSURANCE COMPANY, and for Counterdefendants GOLDEN EAGLE INSURANCE CORPORATION and LIBERTY MUTUAL GROUP INC.

E. GERARD MANNION (SBN 77287)
WESLEY M. LOWE (SBN (111761)
DEMIÁN I. OKSENENDLER (SBN 233416)
gerry@mannionlowe.com
wes@mannionlowe.com
demian@mannionlowe.com
MANNION & LOWE
655 Montgomery Street, Suite #1200
San Francisco, CA  94111
Telephone: 415.733.1500
Facsimile: 415.733.1054

Attorneys for Defendants and Counterclaimants CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR

CHRISTOPHER M. EGAN (SBN 232301)
KEVIN M. ORTIZ (SBN 296615)
cegan@porterscott.com
kortiz@porterscott.com
PORTER SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1482
Facsimile: 916.927.3706

Attorneys for Counterdefendant
IRENE HERMAN DBA IRENE C. HERMAN INSURANCE SERVICES (erroneously sued as Irene Herman and Irene Herman Insurance Services)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:14-cv-00135 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION DEADLINE AND FOR RESETTING OF HEARING ON MOTION TO DISMISS** |

19513125v1

3:14-cv-00135 MMC

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF MEDIATION DEADLINE
AND FOR RESETTING OF HEARING ON MOTION TO DISMISS

1  WHEREAS, on August 1, 2014, pursuant to stipulation between Plaintiff and Counterdefendant Peerless Insurance Company ("Peerless") and Defendants and Counterclaimants Cleer Gear, LLC and Peter Tsou dba Cleer Gear and Counterclaimant Peter Tsou, individually (collectively, "Cleer Gear"), the Court ordered the mediation deadline is extended to August 28, 2014.  (ECF No. 34.)

WHEREAS, Peerless and Cleer Gear had scheduled a mediation for August 28, 2014.

WHEREAS, on August 27, 2014, the appointment of the mediator was vacated by the Court's ADR Program Staff.  (ECF No. 40.)

WHEREAS, Cleer Gear filed a first amended counterclaim on August 6, 2014 (ECF No. 37), and thereafter effectuated service of the counterclaim on three Counterdefendants that had not been previously served in this matter.

WHEREAS, on September 17, 2014, Counterdefendant Irene Herman dba Irene C. Herman Insurance Services [erroneously sued as Irene Herman and Irene Herman Insurance Services] ("Herman") filed an answer to the first amended counterclaim.  (ECF No. 48.)

WHEREAS, on September 22, 2014, Counterdefendants Golden Eagle Insurance Corporation ("Golden Eagle"), Liberty Mutual Group Inc. ("Liberty Mutual"), and Peerless filed a motion to dismiss the first amended counterclaim, which is currently set to be heard at 9:00 a.m. on October 31, 2014.  (ECF No. 49.)

WHEREAS, the parties participated in an ADR Phone Conference on September 26, 2014 (ECF No. 47), and the parties to this stipulation now agree to continue the mediation deadline until December 12, 2014.

WHEREAS, Golden Eagle, Liberty Mutual, Peerless and Cleer Gear now agree to continue the hearing on Golden Eagle's, Liberty Mutual's and Peerless' motion to dismiss, as well as the opposition and reply deadlines on such motion, so as to occur after the mediation, and that the hearing be reset to January 30, 2015.

WHEREAS, by entering into this stipulation, the parties do not waive any claims or defenses.

/ / /

**STIPULATION**

NOW THEREFORE, it is agreed and stipulated that:

The mediation deadline is extended to December 12, 2014.

The hearing for Golden Eagle's, Liberty Mutual's and Peerless' motion to dismiss is continued to January 30, 2015 at 9:00 a.m.  The opposition to the motion is due on January 9, 2015.  The reply is due on January 16, 2015.

**IT IS SO AGREED AND STIPULATED.**

DATED:  October 1, 2014       SEDGWICK LLP

By:   /s/ *James J.S. Holmes*
James J.S. Holmes
Veena A. Mitchell
Attorneys for Plaintiff and Counterdefendant
PEERLESS INSURANCE COMPANY and for
Counterdefendants GOLDEN EAGLE INSURANCE
CORPORATION and LIBERTY MUTUAL GROUP INC.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, James J.S. Holmes hereby attests that concurrence in the filing of this document has been obtained.*

DATED:  October 1, 2014       MANNION & LOWE

By:   /s/ *Demián I. Oksenendler*
E. Gerard Mannion
Wesley M. Lowe
Demián I. Oksenendler
Attorneys for Defendants and Counterclaimants
CLEER GEAR, LLC and PETER TSOU dba CLEER GEAR

DATED:  October 1, 2014       PORTER SCOTT

By:   /s/ *Christopher M. Egan*
Christopher M. Egan
Kevin M. Ortiz
Attorneys for Counterdefendant
IRENE HERMAN DBA IRENE C. HERMAN
INSURANCE SERVICES

19513125v1

2     3:14-cv-00135 MMC
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF MEDIATION DEADLINE
AND FOR RESETTING OF HEARING ON MOTION TO DISMISS

**PURSUANT TO STIPULATION, IT IS ORDERED** that:

The mediation deadline is extended to December 12, 2014.

The hearing for Golden Eagle's, Liberty Mutual's and Peerless' motion to dismiss is continued to January 30, 2015 at 9:00 a.m. The opposition to the motion is due on January 9, 2015. The reply is due on January 16, 2015.

DATED:  October 2, 2014

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

19513125v1

3                                3:14-cv-00135 MMC
JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF MEDIATION DEADLINE
AND FOR RESETTING OF HEARING ON MOTION TO DISMISS