IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEERLESS INSURANCE COMPANY,

    Plaintiff,

v.

CLEER GEAR, LLC; PETER TSOU dba CLEER GEAR

    Defendants.
_____/

CLEER GEAR, LLC; PETER TSOU dba CLEER GEAR

    Counterclaimants,

v.

PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE, LIBERTY MUTUAL GROUP, IRENE HERMAN, and IRENE HERMAN INSURANCE SERVICES,

    Counterdefendants.
_____/

No. C 14-0135 MMC

**ORDER DEEMING DEFENDANTS' MOTION TO DISMISS WITHDRAWN**

    The Court having been apprised that the above-titled action has settled and that a stipulated dismissal will be filed no later than February 10, 2015,

    IT IS HEREBY ORDERED that defendants' motion to dismiss, currently scheduled for hearing on January 30, 2014, is deemed WITHDRAWN, without prejudice to defendant's refiling the motion in the event the parties do not file a stipulated dismissal.

    **IT IS SO ORDERED.**

Dated: January 7, 2015

                                     MAXINE M. CHESNEY
                                     United States District Judge